# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 1st day of August, two thousand and six.

Before:   Hon. Ralph K. Winter,
           Hon. Roger J. Miner,
           Hon. Richard C. Wesley,
                    Circuit Judges.

Docket No. 04-4703-cr

UNITED STATES OF AMERICA,

                    *Appellee*,

                  v.

RALPH F. VITALE,

                  *Defendant-Appellant.*

      Appeal from the United States District Court for the District of Connecticut.

      This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

      On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is VACATED and case is REMANDED for further proceedings in accordance with the opinion of this Court. A mandate shall be issued forthwith.

                              FOR THE COURT:
                              ROSEANN B. MACKECHNIE, Clerk
                              by

                              */s/ Tracy W. Young*
                              Tracy W. Young
                              Motions Staff Attorney

THIS MANDATE, CONSISTING OF THE ITEMS BELOW, HAS BEEN RECEIVED:
(X) OPINION   ( ) STATEMENT OF COSTS
(X) ORDER      DATE:_____
RECEIVED BY:_____