**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

**RECEIVED**

2006 SEP 11 P 2:41

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

*Abraham A. Ribicoff Federal Building*
*450 Main Street, Room 328*
*Hartford, Connecticut 06103*

*(860) 947-1101*
*Fax (860) 240-3291*
*www.usdoj.gov/usao/ct*

September 11, 2006

**VIA HAND DELIVERY**
Hon. Robert N. Chatigny
Chief United States District Judge
United States District Court
450 Main Street
Hartford, Connecticut 06103

  Re: **United States v. Ralph F. Vitale, 3:02CR262(RNC)**

Your Honor:

  As you know, following the conclusion of trial in the above matter, I learned and disclosed to the Court and counsel that my husband, Dr. Jason Sparkowski, is an acquaintance of Dr. Peter Setlow, the husband of Barbara Setlow, a juror who served on the *Vitale* trial. I understand that the case has been remanded by the United States Court of Appeals for the Second Circuit for a hearing regarding, generally, Mrs. Setlow's knowledge of Jason and Jason's presence in the courtroom when he watched the trial for approximately forty minutes on Friday, May 7, 2004. Lead counsel, Assistant United States Attorney Calvin Kurimai, is handling the hearing on behalf of the Government.

  I write to notify the Court of recent, unintentional, contact Jason had with Dr. Peter Setlow. I have also advised AUSA Kurimai of this contact, my knowledge of which is as follows:

  On or about Friday, September 1, 2006, Jason took our four month old baby to visit his former colleagues at the UCONN Health Center in Farmington. [Jason has not worked at the Health Center since approximately May 2005, because the specific grant Jason and his lab director, Dr. Kevin Claffey, had been working under as Assistant Research Professors since June 2003 was not renewed.] As Jason was exiting an elevator at the Health Center to return home, Dr. Peter Setlow was on the other side of the elevator doors as they opened. Dr. Setlow initiated conversation when he saw Jason and laughed when relating that his wife had been called back to Court regarding her alleged connection with Jason. Dr. Setlow also indicated that Mrs. Setlow did hear the name Jason Sparkowski come up during voir dire, but did not know Jason's name. He also said something about having hundreds of students under his directorship or coming through his lab for the past twenty-plus years.

*[Marginal handwritten note, left side, rotated:]* September 12, 2006 // The Clerk will docket this letter. So ordered. /s/ Robert N. Chatigny, U.S.D.J.

Hon. Robert N. Chatigny
September 11, 2006
Page 2

      If you have any questions regarding this matter, please feel free to have Chambers contact me at 860-947-1101 or AUSA Kurimai at 203-821-3700.

                    Sincerely,

                    KEVIN J. O'CONNOR
                    UNITED STATES ATTORNEY

                    LISA E. PERKINS
                    ASSISTANT UNITED STATES ATTORNEY

cc:    Jon L. Schoenhorn, Esq. (via facsimile)