

**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

RECEIVED

2006 SEP 11 A 7 32

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

02CR262 let 2

Connecticut Financial Center       (203) 821-3700
157 Church Street                  Fax (203) 773-5373
New Haven, Connecticut  06510      www.usdoj.gov/usao/ct

September 6, 2006

Honorable Robert N. Chatigny
Chief United States District Judge
United States District Court
450 Main Street
Hartford, CT   06103

**Re: United States v. Ralph F. Vitale**
**Docket No. 3:02cr262(RNC)**

Dear Judge Chatigny:

Pursuant to the telephone conference held on August 22, 2006 among Your Honor, Attorney Jon Schoenhorn and the undersigned, the Government submits the following proposed questions to be asked of juror Barbara Setlow at the hearing on juror bias to be held on September 12, 2006.

Are you the Barbara Setlow who served as a juror in United States v. Ralph F. Vitale?

Do you recall jury selection? (It took place on April 13, 2004.)

Do you recall that juries for two cases were being selected that day?

Were you in court for the selection of both juries?

Do you recall the attorneys for the Government introducing themselves to the venire during the jury selection process?

Do you recall the names of attorneys for the Government?

Do you recall Attorney Perkins saying that her husband's last name is Sparkowski?

Do you recall a prospective juror asking if Ms. Perkins' husband's full name is Jason Sparkowski, and Attorney Perkins acknowledging that it is?

[Handwritten in left margin: September 12, 2006., Robert N. Chatigny, U.S.D.J. The Clerk will docket this letter. So ordered.]

As of the day of jury selection, April 13, 2004, was the name Jason Sparkowski familiar to you, and if so, in what way?

If the name Jason Sparkowski was familiar to you as of April 13, was he a person whom you would recognize if you saw him?

Did you hear anything during the jury selection process that caused you to conclude you could not be a fair and impartial juror?

At anytime during the course of the trial, did you see anyone in the spectator section of the courtroom whom you recognized. If so, whom did you recognize that person to be?

Approximately how many scientists work at the UCONN Health Center?

Thank you for considering these proposed questions.

                Very truly yours,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                CALVIN B. KURIMAI
                ASSISTANT UNITED STATES ATTORNEY

CBK/sgjm
cc: Jon L. Schoenhorn, Esq.