AO 187 (Rev. 7/87) Exhibit and Witness List

02cr262ctexh

# UNITED STATES DISTRICT COURT

DISTRICT OF __CT__

USA

v.

Ralph Vitale

2006 SEP 12 P 1:12

Court's ~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:02CR262(RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 9/11/06 |  |  | Barbara Setlow, 2 Orchard Road, Farmington CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages