UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CASE NO.3:02CR262(RNC) |
| RALPH A. VITALE : | |

### SENTENCING SCHEDULING ORDER

1. The defendant will appear for resentencing on <u>October 31, 2006</u> at <u>2:00 p.m.</u> in Courtroom No. 3 of the Annex at the United States Courthouse, 450 Main Street, Hartford, Connecticut.

2. An addendum to the Presentence Report will be disclosed to the defendant, counsel for defendant, and the Government by no later than _October 10, 2006_.

3. The defendant will submit any memorandum in aid of sentencing by no later than <u>October 24, 2006</u>. The Government will submit any response to the defendant's sentencing memorandum by no later than <u>October 27, 2006</u>.

It is so ordered.

ENTERED at Hartford, Connecticut, this __19__ day of September 2006.

Robert N. Chatigny
United States District Judge