# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NUMBER: 3:02CR262 (RNC) |
| V. | : |
| RALPH VITALE | : OCTOBER 24, 2006 |

## MOTION TO POSTPONE SENTENCING

The defendant, **RALPH VITALE**, by and through undersigned counsel, Jon L. Schoenhorn, pursuant to District of Conn. Rule of Civil Procedure 9(b) (applicable herein pursuant to District of Conn. Rule of Crim. Procedure 1(c)), hereby moves this Court to postpone for 30 days sentencing in the above-captioned matter presently scheduled for October 31, 2006. In support hereof, the undersigned states as follows:

1. To date, the undersigned has not received any addendum to the presentence report. My secretary contacted the probation office in Hartford and was told that the addendum was not in their possession. She then contacted Ray Lopez probation officer, who informed her that the presentence report was completed October 10th and he is not sure why it was not sent to Hartford.

2. The undersigned is not able to file a sentencing memorandum without reviewing the updates to the presentence report, nor can he consult with his client regarding same.

3. The Assistant United States Attorney in this matter, Calvin B. Kurimai, was contacted, and has not been available, to determine his position on said motion.

WHEREFORE, the defendant moves that the sentencing be postponed for 30 days.

Dated at Hartford, CT this 24th day of October, 2006.

THE DEFENDANT – RALPH VITALE

By: _____
Jon L. Schoenhorn
Jon L. Schoenhorn, LLC
108 Oak Street
Hartford, CT 06106
PH: (860) 278-3500
Fax: (860) 278-6393
Fed No. Ct 00119

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2006, a copy of foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Jon L. Schoenhorn, Esq.