UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 3:02CR262 (RNC) |
| | : | |
| v. | : | |
| | : | |
| RALPH F. VITALE | : | OCTOBER 26, 2006 |

GOVERNMENT'S RESPONSE
IN OPPOSITION TO DEFENDANT'S MOTION TO POSTPONE SENTENCING

The defendant has moved this Court to postpone his sentencing, currently scheduled for October 31, 2006, for thirty days because he has not received the addendum to his presentence report.

The Government objects to the defendant's motion. The addendum, which the Government received by mail on October 12, 2006, is one paragraph in length. It is the Government's understanding that the addendum was sent via facsimile to counsel for the defendant by the Bridgeport Branch of the Probation Office on October 24, 2006. In the Government's view, counsel for the defendant has ample time to review the addendum with his client prior to October 31, 2006.

Therefore, for the reasons set forth above, the defendant's motion to postpone sentencing should be denied.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

For:    CALVIN B. KURIMAI
        ASSISTANT UNITED STATES ATTORNEY
        Fed. Bar No. ct07223

By:    _____
        ANASTASIA M. ENOS KING
        ASSISTANT UNITED STATES ATTORNEY
        Fed. Bar No. ct24192
        450 Main Street
        Hartford, CT 06103
        Tel. (860) 947-1101

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Government's Response In Opposition to Defendant's Motion to Postpone Sentencing has been sent by facsimile and mailed on this 26th day of October, 2006 to:

Jon L. Shoenhorn, Esq.
John L. Shoenhorn & Associates
97 Oak Street
Hartford, CT 06106

**FAX #860-278-6393**

Mr. Ray Lopez
United States Probation Officer
United States Probation Office
915 Lafayette Blvd.
Bridgeport, CT 06604

**FAX #203-579-5571**


_____  By:   ANASTASIA M. ENOS KING
                                              ASSISTANT UNITED STATES ATTORNEY

                                       For:  CALVIN B. KURIMAI
                                              ASSISTANT UNITED STATES ATTORNEY