**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| United States of America | : | |
| v. | : | Docket No. 3:02CR262(RNC) |
| Peter J. Trantino | : | March 24, 2008 |

<u>**APPEARANCE**</u>

To the Clerk of this Court and all parties of record:

In addition to counsel of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET, 23rd FLOOR
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-2392
FEDERAL NO. ct3393
E-MAIL: christine.sciarrino@usdoj.gov

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed

postage pre-paid on this 24th day of March, 2008 to:

Peter J. Trantino
1471 Dixwell Avenue
Hamden, CT 06514

_____
Christine Sciarrino
Assistant United States Attorney