# AFFIDAVIT IN SUPPORT OF REQUEST FOR REDUCTION/WAIVER OF FEES

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2008 SEP -2  A 11: 15

IN THE MATTER OF:

UNITED STATES

V.

RALPH F. VITALE                         CASE NO. 3:02-CR-262
87 DODGE AVE. 2ND FL
EAST HAVEN, CT 06512
(203)468-7740


I, RALPH F. VITALE HEREBY REQUEST AND DECLARE AS FOLLOWS:

1. I SUBMIT THIS AFFIDAVIT IN SUPPORT OF MY APPLICATION FOR A REDUCTION/WAIVER OF FEES FOR TRANSCRIPTS.

2. THE ATTORNEY OF RECORD, ATTORNEY JON L. SCHOENHORN (CJA) – COURT APPOINTED ATTORNEY – REFUSES TO SUBMIT MY TRANSCRIPT REQUEST.

3. I RESPECTFULLY REQUEST MY TRANSCRIPTS FOR THE FOLLOWING:

9/12/06 EVIDENTIARY HEARING         BEFORE JUDGE ROBERT N. CHATIGNY
                                    COURT REPORTER D. WARNER

9/14/06 EVIDENTIARY HEARING CONCLUDED BY PHONE

September 3, 2008   United States v. Vitale, 3:02-CR-262(RNC)

Re: Affidavit in Support of Request for Reduction/Waiver of Fees

The Clerk will docket the attached request and send copies of this endorsement to the defendant, counsel of record and the probation office. The request is denied. Under 28 U.S.C. § 2250, the Clerk may provide free copies of transcripts in connection with a criminal case after appellate review has been exhausted if (1) a petition for a writ of habeas corpus has been filed, (2) a judge has entered an order granting the petitioner's motion for leave to proceed in forma pauperis and (3) a judge has determined that the transcripts should be provided to the petitioner in connection with the pending petition. Here, none of these requirements is satisfied. So ordered.

/s/ Robert N. Chatigny, USDJ
_____
Robert N. Chatigny, U.S.D.J.

# AFFIDAVIT IN SUPPORT OF REQUEST FOR REDUCTION/WAIVER OF FEES

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF:

UNITED STATES

V.

RALPH F. VITALE                     CASE NO. 3:02-CR-262
87 DODGE AVE. 2ND FL
EAST HAVEN, CT 06512
(203)468-7740


I, RALPH F. VITALE HEREBY REQUEST AND DECLARE AS FOLLOWS:

1. I SUBMIT THIS AFFIDAVIT IN SUPPORT OF MY APPLICATION FOR A REDUCTION/WAIVER OF FEES FOR TRANSCRIPTS.

2. THE ATTORNEY OF RECORD, ATTORNEY JON L. SCHOENHORN (CJA) – COURT APPOINTED ATTORNEY – <u>REFUSES</u> TO SUBMIT MY TRANSCRIPT REQUEST.

3. I RESPECTFULLY REQUEST MY TRANSCRIPTS FOR THE FOLLOWING:

9/12/06 EVIDENTIARY HEARING      BEFORE JUDGE ROBERT N. CHATIGNY
                                 COURT REPORTER D. WARNER

9/14/06 EVIDENTIARY HEARING CONCLUDED BY PHONE


IF POSSIBLE, THE JUDGES MEMORANDUM OF DECISION

12/18/06 2ND SENTENCING

4. MY ONLY SOURCE OF INCOME IS MY SOCIAL SECURITY BENEFITS IN THE AMOUNT OF $845.00 PER MONTH.

5. I HAVE NO SAVINGS, PROPERTY, OR INCOME OTHER THAN AS SET FORTH HEREIN.

**APPLICATION FOR WAIVER OF FEES/APPOINTMENT OF COUNSEL**
FAMILY, CIVIL, HOUSING
JD-FM-75 Rev. 9-09
C.G.S. §§ 46b-231, 52-259b
P.B. §§ 8-2, 25-63

**INSTRUCTIONS TO APPLICANT**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is pending.
4. If your application for fees payable to the court or for costs of service of process is denied, you may request a hearing on the application.

**INSTRUCTIONS TO CLERK**
1. Bring completed form to a judge or, if applicable, to a family support magistrate.
2. If the application is granted, notify the applicant and counsel, if appointed.
3. If the application for fees payable to the court or for costs of service of process is denied, and upon the request of the applicant, schedule a hearing on the application.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**TO: THE SUPERIOR COURT**

NAME OF CASE: United States v. Ralph Vitale
DOCKET NO.: 3:02-cr-262

☐ Judicial District  ☐ Housing Session  ☐ G.A. No. ___
ADDRESS OF COURT: 450 Main St Hartford, CT 06106

NAME OF APPLICANT: Vitale, Ralph F.
ADDRESS OF APPLICANT: ET
TELEPHONE:

**TYPE OF PROCEEDING**
☐ CONTEMPT
☐ DISSOLUTION OF MARRIAGE/DIVORCE
☐ DISSOLUTION OF CIVIL UNION
☐ HOUSING
☐ MOTION TO OPEN OR MODIFY
☐ CIVIL
☐ APPL. FOR CUSTODY AND/OR VISITATION
☐ PATERNITY
☒ OTHER (Specify): CR Transcript Request (see attached affidavit)

**FEE WAIVER**
I request that the court waive or have the State pay the fees indicated below. ("X" all that apply)
☐ ENTRY FEE  ☐ FILING FEE  ☐ STATE MARSHAL'S FEE  ☒ OTHER (Specify): Transcript Request

**APPOINTMENT OF COUNSEL**
(Applicable only in a contempt proceeding or to the putative father in a paternity proceeding.)
☐ I request that the court appoint counsel to represent me.

**FINANCIAL AFFIDAVIT**

**I. DEPENDENTS**
Total No. of Dependents (not including yourself): —

**II. MONTHLY INCOME**
A. Gross monthly income (before deductions) ...........
B. Net monthly income after taxes from monthly employment ...........
C. Other income (i.e., TANF, Social Security, etc.) (Specify source) ..... 845.—
Source:

**TOTAL MONTHLY INCOME (B+C):** 845.—

**III. MONTHLY EXPENSES**
A. Rent/Mortgage ............... 1,000.—
B. Real Estate Taxes ........... —
C. Utilities (telephone, heat, electric, water, gas, etc.) ........ 300.—
D. Food ........................... 300.—
E. Clothing ........................ —
F. Insurance Premiums (Medical/Dental, Auto, Life, Home) ..... —
G. Medical/Dental ............... —
H. Transportation (bus, gasoline, etc.) ...
I. Child Care ....................
J. Other (Specify): Restitution  200.—

**TOTAL MONTHLY EXPENSES:** 1,800.—

**IV. ASSETS**

| | ESTIMATED VALUE | LOAN BALANCE | EQUITY |
|---|---|---|---|
| A. Real Estate | | | REAL ESTATE |
| B. Motor Vehicles | WAIVE | | MOTOR VEHICLE |
| C. Other Personal Property (e.g., jewelry, furniture, etc.) | | | OTHER PROPERTY |
| D. Savings Account Balance (Total of all accounts) | | | SAVINGS |
| E. Checking Account Balance (Total of all accounts) | | | CHECKING |
| F. Cash | | | CASH |
| G. Other Assets (Specify): | | | OTHER ASSETS |
| | | **TOTAL ASSETS** | |

**V. LIABILITIES/DEBTS** (e.g., credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| TYPE OF DEBT | AMOUNT OWED | MONTHLY PAYMENT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL LIABILITIES** | | |

Page 1 of 2

I certify that the foregoing information is true and accurate to the best of my knowledge and that I can, if requested, document all income, expenses, and liabilities listed on the front/page 1.

**NOTICE ▶** | *Any false statement made by you under oath which you do not believe to be true and which is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| SIGNED (Applicant) X /s/ | PRINT NAME OF PERSON SIGNING AT LEFT Ralph F Vitale | DATE SIGNED 8-29-08 |
|---|---|---|
| SUBSCRIBED AND SWORN TO BEFORE ME: | ON (Date) | SIGNED (Notary Public, Commissioner of the Superior Court, Assistant Clerk) "See Notary Statement" |

### ORDER

The Court, having found the applicant ☐ INDIGENT AND UNABLE TO PAY   ☐ NOT INDIGENT   hereby orders the application:

☐ GRANTED as follows:
  1. The following fees are waived  ☐ ENTRY FEE   ☐ FILING FEE
      ☐ OTHER (Specify:) _____
  2. The following fees are ordered paid by the State
      ☐ STATE MARSHAL'S FEE NOT TO EXCEED $ _____
      ☐ OTHER (Specify:) _____
  3. Counsel is   ☐ NOT APPOINTED   ☐ APPOINTED (Name): _____

☐ DENIED because the applicant does not face potential incarceration.
☐ DENIED.

| BY THE COURT (Print or type name of Judge/Fam. Sup. Magistrate) | ON (Date) | SIGNED (Judge, FSM, Ass't Clerk) | DATE SIGNED |
|---|---|---|---|

### REQUEST FOR HEARING ON DENIED APPLICATION

The following section applies only to a *denial* of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to parenting education or to appointment of counsel.

☐ I request a court hearing on the application.

| X _____ | _____ |
|---|---|
| SIGNED (Applicant) | DATE SIGNED |

| HEARING TO BE HELD AT THE COURT LOCATION SHOWN ON FRONT/PAGE 1 ON THE DATE AND TIME SHOWN BELOW: | | | |
|---|---|---|---|
| HEARING ON (Date) | AT (Time) | ROOM NO. | SIGNED (Assistant Clerk) |

### ORDER AFTER HEARING

The Court, having found the applicant ☐ INDIGENT AND UNABLE TO PAY   ☐ NOT INDIGENT   hereby orders the application:

☐ GRANTED as follows:
  ☐ 1. The following fees are waived  ☐ ENTRY FEE   ☐ FILING FEE
      ☐ OTHER (Specify:) _____
  ☐ 2. The following fees are ordered paid by the State
      ☐ STATE MARSHAL'S FEE NOT TO EXCEED $ _____
      ☐ OTHER (Specify:) _____

☐ DENIED.

| BY THE COURT (Print or type name of Judge/FSM) | ON (Date) | SIGNED (Judge, FSM, Ass't Clerk) | DATE SIGNED |
|---|---|---|---|

JD-FM-75 (back/page 2 of 2) Rev. 9-06

6. I AM UNABLE TO PAY THE REQUIRED FEE FOR THE REQUESTED TRANSCRIPTS.

7. THE AMOUNT OF RENT I AM EXPECTED TO PAY IS $1,000.00 PER MONTH.

8. MY COURT ORDERED RESTITUTION IS $200.00 PER MONTH.

9. MY FOOD, UTILITIES AND BASIC NEEDS AVERAGE $100.00 PER WEEK.

10. I AM BARELY SURVIVING AND FACING EVICTION, ABOUT TO BE HOMELESS AT THE AGE OF 72.

RALPH F. VITALE

SWORN TO BEFORE ME
THIS 29 DAY OF August, 2008

NOTARY PUBLIC AUTHORIZATION

My Commission Expires
November 30, 2012